579

Present — Del Vecchio, J. P., Marsh, Witmer and Henry, JJ.
In the Matter of PAUL E. McNAMARA, an Attorney.—

Present — Goldman, P. J., Del Vecchio, Marsh, Witmer and Gabrielli, JJ.